[No. 65317-2-1. Division One. May 23, 2011.]

*In the Matter of the Marriage of* JOHN EDWARD PENNINGTON, *Respondent*, and ANNE LAUGHLIN PENNINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-03941-6, James A. Doerty, J., entered April 19, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 65336-9-I. Division One. May 23, 2011.]

KENNETH HOUSE, *Appellant*, v. THE ESTATE OF MICHAEL L. McCAMEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-06706-6, Ronald L. Castleberry, J., entered April 20, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ. Now published at 162 Wn. App. 483.

[No. 65409-8-I. Division One. May 23, 2011.]

WILLIAM OSERAN, *Appellant*, v. AARDVARK ENGINEERING SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-44171-5, Julie A. Spector, J., entered April 16, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 66665-7-I. Division One. May 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LOGAN LENOX GORE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01436-7, Anne Hirsch, J., entered December 3, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.